Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−12236−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth R. Witman
8 Turnbridge Dr
Lumberton, NJ 08048

Lauren A. Witman
aka Lauren Glinske
8 Turnbridge Dr
Lumberton, NJ 08048

Social Security No.:
xxx−xx−9209                xxx−xx−1516

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 23, 2013.

On April 12, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:        May 23, 2018
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 13, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth R. Witman
Lauren A. Witman
    Debtors

Case No. 13-12236-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Apr 13, 2018
                      Form ID: 185        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db/jdb         +Kenneth R. Witman,    Lauren A. Witman,    8 Turnbridge Dr,    Lumberton, NJ 08048-5058
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company, LLC,    PO Box 62180,
                Colorado Springs, MO  80962)
517063768      BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517063769      BANK OF AMERICA, N.A.,    PO Box 31785,    Tampa, FL 33631-3785,    BANK OF AMERICA, N.A.,
                PO Box 31785,    Tampa, FL 33631-3785
513657530      Bank Of America,    Nc 4 105 03 # 14,    Greensboro, NC  27420
513657531      Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
513657532      Cab East LLC,    PO Box 390190,    Minneapolis, MN  55439
513657533      Capital One, N.a.,    ATTN: BANKRUPTCY,    PO Box 30285,    Salt Lake City, UT  84130-0285
513657534      Chase,    PO Box 100018,    Kennesaw, GA  30156-9204
513939639      ECMC,    P. O. Box 16408,    St. Paul, MN 55116-0408
513793336      ECMC,    P. O. Box 75906,    St. Paul, MN 55175
513783260      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513657539      Glelsi/stdt Loan Xpres,    2401 International Ln,    Madison, WI  53704-3121
513657541      Homeprjvisa,    PO Box 94498,    Las Vegas, NV  89193-4498
513991770    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   NATIONSTAR MORTGAGE, LLC,    ATTN Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
513988371     +Nationstar Mortgage LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
517284617     +Nationstar Mtg., LLC,    POB 619096,    Dallas, TX 75261-9096
513700672      Student Loan Xpress,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
513775796      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
513657543      Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA  50306
514003867      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514003868      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262,
                eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513936245     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 13 2018 23:17:05      Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
513666934      E-mail/Text: mrdiscen@discover.com Apr 13 2018 23:16:27     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
513657535      E-mail/Text: mrdiscen@discover.com Apr 13 2018 23:16:27     Discover Fin Svcs Llc,
                PO Box 15316,    Wilmington, DE  19850-5316
513657536      E-mail/Text: dplbk@discover.com Apr 13 2018 23:17:38     Discover Personal Loan,    PO Box 30954,
                Salt Lake City, UT  84130-0954
513980793      E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:24     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
514083651      E-mail/Text: bankruptcy.bnc@ditech.com Apr 13 2018 23:16:53     Green Tree Servicing LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
513657537      E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:36     Gecrb/hh Gregg,
                C/O PO Box 965036,    Orlando, FL  32896-0001
513657538      E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 23:13:13     Gecrb/home Design-hi-p,
                PO Box 981439,    El Paso, TX  79998-1439
513657540      E-mail/Text: bankruptcy.bnc@ditech.com Apr 13 2018 23:16:53     Green Tree Servicing L,
                PO Box 6172,    Rapid City, SD  57709-6172
514073353     +E-mail/Text: bankruptcy.bnc@ditech.com Apr 13 2018 23:16:53     Green Tree Servicing, LLC,
                PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
514124234      E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 13 2018 23:17:28     JEFFERSON CAPITAL SYSTEMS LLC,
                PO BOX 7999,    ST CLOUD MN 56302
513937315      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 23:19:52
                Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
                Norfolk VA 23541
513657542      E-mail/PDF: pa_dc_claims@navient.com Apr 13 2018 23:19:39     Sallie Mae,
                ATTN: CLAIMS DEPARTMENT,    PO Box 9500,    Wilkes Barre, PA  18773-9500
                                                                                              TOTAL: 15
```

        \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
513681931*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                Detroit  MI  48255-0953)
514157130*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
514124235*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
```

```
District/off: 0312-3          User: admin                 Page 2 of 2                  Date Rcvd: Apr 13, 2018
                              Form ID: 185                Total Noticed: 37


             ***** BYPASSED RECIPIENTS (continued) *****
514157131*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
515417536*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    POB 619096,    Dallas, TX  75261-9741)
                                                                                         TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Chandra Marie Arkema    on behalf of Creditor    Nationstar Mortgage LLC carkema@logs.com
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Lee Martin Perlman    on behalf of Debtor Kenneth R. Witman ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Joint Debtor Lauren A. Witman ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                          TOTAL: 10
```