**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth R. Witman | Social Security number or ITIN xxx–xx–9209 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lauren A. Witman | Social Security number or ITIN xxx–xx–1516 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   13–12236–KCF

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth R. Witman                                   Lauren A. Witman
                                                    aka Lauren Glinske


11/2/18                                             **By the court:** Kathryn C. Ferguson
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 13-12236-KCF
Kenneth R. Witman                                         Chapter 13
Lauren A. Witman
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Nov 02, 2018
                              Form ID: 3180W            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db/jdb         +Kenneth R. Witman,    Lauren A. Witman,    8 Turnbridge Dr,    Lumberton, NJ 08048-5058
513657530       Bank Of America,    Nc 4 105 03 # 14,    Greensboro, NC  27420
513657532       Cab East LLC,    PO Box 390190,    Minneapolis, MN  55439
513783260       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513657539       Glelsi/stdt Loan Xpres,    2401 International Ln,    Madison, WI 53704-3121
513991770      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC,    ATTN Bankruptcy Department,
                  PO Box 630267,    Irving, TX 75063)
513988371      +Nationstar Mortgage LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
517284617      +Nationstar Mtg., LLC,    POB 619096,    Dallas, TX 75261-9096
513700672       Student Loan Xpress,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2018 23:23:35      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2018 23:23:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: FORD.COM Nov 03 2018 02:43:00      Ford Motor Credit Company, LLC,    PO Box 62180,
                 Colorado Springs, MO  80962
513936245      +EDI: ACCE.COM Nov 03 2018 02:43:00      Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
517063768       EDI: BANKAMER.COM Nov 03 2018 02:43:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517063769       EDI: BANKAMER.COM Nov 03 2018 02:43:00      BANK OF AMERICA, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785,    BANK OF AMERICA, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
513657531       EDI: BANKAMER.COM Nov 03 2018 02:43:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA  93065-6285
513657533       EDI: CAPITALONE.COM Nov 03 2018 02:43:00      Capital One, N.a.,    ATTN: BANKRUPTCY,
                 PO Box 30285,    Salt Lake City, UT  84130-0285
513657534       EDI: CHASE.COM Nov 03 2018 02:43:00      Chase,    PO Box 100018,    Kennesaw, GA  30156-9204
513666934       EDI: DISCOVER.COM Nov 03 2018 02:43:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513657535       EDI: DISCOVER.COM Nov 03 2018 02:43:00      Discover Fin Svcs Llc,    PO Box 15316,
                 Wilmington, DE  19850-5316
513657536       EDI: DISCOVERPL Nov 03 2018 02:43:00      Discover Personal Loan,    PO Box 30954,
                 Salt Lake City, UT  84130-0954
513939639       EDI: ECMC.COM Nov 03 2018 02:43:00      ECMC,    P. O. Box 16408,    St. Paul, MN 55116-0408
513793336       EDI: ECMC.COM Nov 03 2018 02:43:00      ECMC,    P. O. Box 75906,    St. Paul, MN 55175
517636418       EDI: FORD.COM Nov 03 2018 02:43:00      Ford Motor Credit Co., LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962
513681931       EDI: FORD.COM Nov 03 2018 02:43:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit  MI  48255-0953
513980793       EDI: RMSC.COM Nov 03 2018 02:43:00      GE Capital Retail Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
514083651       E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2018 23:22:59     Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
513657537       EDI: RMSC.COM Nov 03 2018 02:43:00      Gecrb/hh Gregg,    C/O PO Box 965036,
                 Orlando, FL  32896-0001
513657538       EDI: RMSC.COM Nov 03 2018 02:43:00      Gecrb/home Design-hi-p,    PO Box 981439,
                 El Paso, TX  79998-1439
513657540       E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2018 23:22:59     Green Tree Servicing L,
                 PO Box 6172,    Rapid City, SD  57709-6172
514073353      +E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2018 23:22:59     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
513657541       EDI: WFFC.COM Nov 03 2018 02:43:00      Homeprjvisa,    PO Box 94498,    Las Vegas, NV  89193-4498
514124234       EDI: JEFFERSONCAP.COM Nov 03 2018 02:43:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD MN 56302
513937315       EDI: PRA.COM Nov 03 2018 02:43:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,    Norfolk VA 23541
513657542       EDI: NAVIENTFKASMSERV.COM Nov 03 2018 02:43:00      Sallie Mae,    ATTN: CLAIMS DEPARTMENT,
                 PO Box 9500,    Wilkes Barre, PA  18773-9500
513775796       EDI: WFFC.COM Nov 03 2018 02:43:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
513657543       EDI: WFFC.COM Nov 03 2018 02:43:00      Wffnb Retail,    Cscl Dispute Team,
                 Des Moines, IA  50306
514003868       EDI: ECAST.COM Nov 03 2018 02:43:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514003867       EDI: ECAST.COM Nov 03 2018 02:43:00      eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 30
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2018
                              Form ID: 3180W           Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514157130*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
514124235*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
514157131*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD MN 56302)
515417536*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    POB 619096,    Dallas, TX  75261-9741)
                                                                                             TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Chandra Marie Arkema    on behalf of Creditor    Nationstar Mortgage LLC carkema@logs.com
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Lee Martin Perlman    on behalf of Debtor Kenneth R. Witman ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Lauren A. Witman ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                             TOTAL: 10
```